IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEMETRIUS LERONE SPRINGS,

    Plaintiff,

vs.                                             Case No. 5:08cv366-SPM/MD

T. KNIGHT, et al.,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 21). Plaintiff was furnished a copy and has filed two objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court has made a de novo determination of those portions to which an objection has been made. Despite the objection, this Court finds that the Report and Recommendation is correct and should be adopted. Plaintiff claims that he does not want mere compensation, but he also wants the individuals to be held responsible. That goal is accomplished by monetary damages, which as stated by the Magistrate Judge, are unavailable to this Plaintiff in this case.

    Accordingly, it is ORDERED AND ADJUDGED:

    1.    The Magistrate Judge's Report and Recommendation (doc. 21) is ***adopted and incorporated*** by reference into this order.

2. Plaintiff's complaint is hereby ***dismissed without prejudice*** for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2).

3. The Clerk of Court shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and thereby constitutes a "strike" within the meaning of 28 U.S.C. §1915(g).

4. All pending motions are denied as moot.

5. The Clerk of Court is instructed to close this case.

DONE AND ORDERED this sixth day of May, 2009.


*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge