IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEMETRIUS LERONE SPRINGS,

    Plaintiff,

vs.                                                CASE NO. 5:08cv366-SPM/MD

T. KNIGHT, et al.,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court on Plaintiff's Motion for Leave to File Motion for Reconsideration (doc. 30), Motion for Reconsideration (doc. 31), Motion for Leave to Appeal In Forma Pauperis (doc. 33), and Motion to Stay (doc. 34). Upon consideration, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Motion for Leave to File (doc. 30) is GRANTED.

2.     As no reason justifies relief from the dismissal of this case in May of 2009, the Motion for Reconsideration (doc. 31) is DENIED.

3.     As the Plaintiff's appeal is not taken in objective good faith and is based on a misunderstanding of the law, the Motion for Leave to

Appeal In Forma Pauperis (doc. 33) is DENIED.

4. The Motion to Stay (doc. 34) is DENIED.

DONE AND ORDERED this <u>sixth</u> day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge
